**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WALTER C. SMITH,**

    **Plaintiff,**

v.                                                                  Case No.  8:07-cv-78-T-30TBM

**CA,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Strike and/or dismiss with prejudice Plaintiff's Amended Complaint and for Sanctions (Dkt. 61), and Plaintiff's Objection to the same (Dkt. 63).

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Strike and/or Dismiss With Prejudice Plaintiff's Amended Complaint and for Sanctions (Dkt. 61) is **GRANTED in part and DENIED in part**.

2. The individual defendants identified in Plaintiff's Amended Complaint and the allegations related to them are hereby **STRICKEN**.

3. Defendant's request for sanctions against Plaintiff is **DENIED**.

4. Plaintiff's requests for a rehearing and an oral hearing are **DENIED**.

5. Plaintiff's request for the Court to dismiss and/or withdraw Defendant's Motion for Summary Judgment is **DENIED**.

6. Plaintiff's request for appointment of counsel is **DENIED**.

7. Plaintiff shall have thirty (30) days from the date hereof to file a response to Defendant's Motion for Summary Judgment (Dkt. 60), failing which the Court shall rule on the motion without the benefit of a response.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-78.mt strike.frm